IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE SMITH, H-15030,<br><br>    Plaintiff(s),<br><br>vs.<br><br>ROBERT AYRIS, JR., et al.,<br><br>    Defendant(s). | No. C 12-1112 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket #2 & 4) |

      Plaintiff, a prisoner at Corcoran State Prison, has filed a pro se complaint under 42 U.S.C. § 1983 attacking the validity of his state criminal conviction and sentence. Among other things, he claims that he was unlawfully kidnaped and set-up by various state officials. Plaintiff also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915 (docket #2 & 4), which, based solely on his affidavit of poverty, is GRANTED.

      Plaintiff's action must be dismissed without prejudice because it is well-established that any claim by a state prisoner that would necessarily imply the invalidity of his conviction or continuing confinement, as plaintiff's claim would here, must be brought in a habeas petition under 28 U.S.C. § 2254 after exhausting state judicial remedies. See Nelson v. Campbell, 541 U.S. 637, 642-44 (2004); see also Calderon v. Ashmus, 523 U.S. 740, 747 (1998) (claim by a prisoner attacking the fact or duration of his confinement must be brought under the habeas sections of Title 28 of the United States Code). And for essentially

the same reasons, a claim for damages based on unconstitutional conviction or imprisonment would have to be dismissed without prejudice as well. See <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-487 (1994) (claim for damages for unlawful incarceration or sentence not cognizable under § 1983 until conviction or sentence at issue is invalidated).

    For the foregoing reasons, the complaint is DISMISSED without prejudice under the authority of 28 U.S.C. § 1915A(b).

    The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot, and close the file.

SO ORDERED.

DATED:   04/17/2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Smith, S.12-1112.dismissal.wpd

2